# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1859.  CHARLES NELSON et al v. VICTOR WARREN PROPERTIES, INC.

This case arises from a non-judicial foreclosure sale and subsequent dispossessory proceeding in magistrate court. Following an adverse ruling, Charles Nelson and Blondie Nelson, pro se, appealed to the superior court for de novo review. On January 11, 2024, the superior court granted Victor Warren Properties, Inc.'s motion for judgment on the pleadings and entered an order compelling the payment of rent. On February 27, 2024, the court amended its order granting the motion for judgment on the pleadings to correct a clerical error. On March 6, 2024, the Nelsons filed a notice of appeal to the Georgia Supreme Court, and the Supreme Court transferred the case to this Court. See Case No. S24A0937 (July 2, 2024). We, however, lack jurisdiction.

First, appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an appeal from magistrate court to superior court, the Nelsons were required to file an application for discretionary review but failed to do so. Therefore, we lack jurisdiction. See id.

Second, even if a direct appeal were proper in this case, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order

sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Fritz v. Shadwich*, 312 Ga. App. 906, 906-907 (720 SE2d 361) (2011). The Nelsons's notice of appeal was untimely filed 8 days after the superior court's amended order was entered. We lack jurisdiction over an untimely appeal. See *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 336 (715 SE2d 752) (2011).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/31/2024

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*